429 A.2d 740

Commonwealth v. Stark, Appellant.

Submitted April 16, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

429 A.2d 740

Commonwealth v. White, Appellant.

Submitted March 19, 1980. James J. Phelan, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.